# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY WISDOM, etc.,<br>　　　Plaintiff,<br><br>　　　v.<br><br>EASTON DIAMOND SPORTS,<br>LLC, etc.,<br>　　　Defendant. | CV 18-4078 DSF (SSx)<br><br>Order Striking Class Allegations, Lifting Stay, and Requiring Parties to Submit Pretrial and Trial Schedule |

　　　On December 2, 2021, the Court granted the stipulation of the parties to stay class certification briefing and ordered the parties to file status reports every 90 days. Dkt. 97. No status report has been filed. On March 25, 2022, the Court conditionally granted the motion to withdraw of Plaintiff's counsel. Dkt. 101. Among other things, that Order required withdrawing counsel to notify Plaintiff that he could not represent a class *pro se* and that failure to appear by counsel by May 2, 2022 would result in the class allegations being stricken. Id. Plaintiff's counsel complied with the Court's conditions on March 30, 2022 and Plaintiff has represented himself since that date. Docket 102. No counsel has appeared on behalf of Plaintiff. The class allegations are stricken. The matter will proceed as an individual action.

　　　The stay order issued on December 2, 2021 is moot.

    The parties are ordered to meet and confer and propose pretrial and trial dates that comply with the Schedule of Pretrial and Trial Dates attached to the Court's Order Setting Scheduling Conference 6-20, which appears on the Court's website at www.cacd.uscourts.gov under Judges' Requirements and is different from the order docketed in this case at docket 55.

    IT IS SO ORDERED.

Date:  May 3, 2022

                                            *Dale S. Fischer*
                                            Dale S. Fischer
                                            United States District Judge