UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY WISDOM, etc.,<br>    Plaintiff,<br><br>    v.<br><br>EASTON DIAMOND SPORTS, LLC, etc.,<br>    Defendant. | CV 18-4078 DSF (SSx)<br><br>Order to Show Cause re Lack of Prosecution and Failure to Comply with Court Orders and Order Setting Status Conference |

On May 3, 2022, the Court issued its Order Striking Class Allegations, Lifting Stay, and Requiring Parties to Submit Pretrial and Trial Schedule. Dkt. 103. The parties were "ordered to meet and confer and propose pretrial and trial dates that comply with the Schedule of Pretrial and Trial Dates attached to the Court's Order Setting Scheduling Conference 6-20." Id.

On June 23, 2022, Easton Diamond Sports, LLC submitted a proposed Pretrial and Trial Schedule. Dkt. 104.[1] In its submission, Easton reported that Plaintiff had failed to cooperate in that he stated Easton's proposed dates were "not feasible," and he wanted this case moved to Alabama. Id.

---

[1] The proposed Schedule suggested a Monday for trial rather than a Tuesday as required.

Compliance with this Court's rules and orders is not optional. Plaintiff has an obligation to prosecute this case regardless of his pro se status. Plaintiff's prior counsel advised him that if he elected to appear pro se, Plaintiff would be required to comply with this Court's standing orders, this District's Local Rules, the Federal Rules of Civil Procedure and all other Federal Rules. See Dkt. 102-1. Plaintiff was also advised that this Court has a Pro Se Clinic that can assist litigants without attorneys. Id.

It is Plaintiff's responsibility to prosecute this case, but it is not clear to the Court that he intends to do so. Therefore, the Court orders Plaintiff to show cause at a status conference on July 18, 2022 at 11:00 a.m. why the Court should not dismiss this case with prejudice for lack of prosecution and failure to comply with this Court's orders. The hearing will proceed by videoconference. Failure of Plaintiff to appear will result in dismissal with prejudice.

IT IS SO ORDERED.

Date: June 27, 2022

*Dale S. Fischer*
Dale S. Fischer
United States District Judge