JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY WISDOM, etc., <br>     Plaintiff, <br><br> v. <br><br> EASTON DIAMOND SPORTS, LLC, etc., <br>     Defendant. | CV 18-4078 DSF (SSx) <br><br> JUDGMENT |

    The Court having issued an Order to Show Cause re Lack of Prosecution and Failure to Comply with Court Orders ordering Plaintiff Ricky Wisdom to show cause at a hearing why the Court should not dismiss this case for failure to prosecute and failure to comply with this Court's orders, and having advised that failure to appear would result in dismissal with prejudice, and Plaintiff having failed to appear in person or in writing,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: July 19, 2022

                                              Dale S. Fischer <br>
                                              United States District Judge